# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132194
(32)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DENNIS GUY ERDMAN,
      Plaintiff-Appellant,

v

WAYNE CIRCUIT JUDGE,
      Defendant-Appellee.

SC: 132194
COA: 271418
Wayne CC: 89-013044

_____/

On order of the Court, the motion for reconsideration of this Court's order of December 28, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

Clerk

l0319